UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ATLANTIC CORPORATION OF WILMINGTON, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TBG TECH CO., LLC, STARLEY LAW, PLLC, MATTHEW STARLEY, and JOHANNES FLOE, <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 7:20-CV-236-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motions to dismiss [D.E. 23, 35] and DISMISSES WITHOUT PREJUDICE the amended complaint for lack of personal jurisdiction.

**This Judgment Filed and Entered on September 30, 2021, and Copies To:**

| | |
|---|---|
| Michael Murchison | (via CM/ECF electronic notification) |
| Andrew Kent McVey | (via CM/ECF electronic notification) |
| James Michael Weiss | (via CM/ECF electronic notification) |
| Michelle A. Liguori | (via CM/ECF electronic notification) |
| J. Gray Wilson | (via CM/ECF electronic notification) |

DATE:　　　　　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK

September 30, 2021　　　　　　　　　　　　　　(By) /s/ Nicole Sellers

　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk